UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSHUA OLIVO,
    a/k/a "Jae,"
PIERRE GREENE, and
MAGALY ROBLEDO

           Defendants.

**ORDER**

19 Cr. 738 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that trial in this matter will begin on **Monday, May 11, 2020 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Motions in limine, proposed voir dire, and requests to charge are due on **April 13, 2020**. Any responsive papers are due on **April 20, 2020**. Any motions other than motions in limine are due on **February 18, 2020**.

Dated: New York, New York
       January 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge