

February 12, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: ***United States v. Greene, et al.***, **19 Cr. 00738 (PGG)**

Dear Judge Gardephe:

    We represent Pierre Greene in the above-referenced matter. We write on behalf of all defendants, with the consent of the government, to respectfully request a one-week adjournment of the deadline to file motions in this matter, which is currently set for February 18, 2020. The requested adjournment would permit defense counsel additional time to continue ongoing discussions with the Government relating to dispositions and other issues. This is the first request for an adjournment.

    Time has already been excluded in this matter through May 11, 2019.

                                              Respectfully submitted,

                                              /s/ John T. Zach
                                              John T. Zach
                                              Nicholas Standish
                                              Boies Schiller Flexner LLP
                                              55 Hudson Yards
                                              New York, New York, 10001
                                              (212) 446-2300
                                              jzach@bsfllp.com

cc:    all counsel of record (*via* ECF)

                                              MEMO ENDORSED

                                              The Application is **granted.**

                                              SO ORDERED:

                                              *[signature]*
                                              Paul G. Gardephe, U.S.D.J.

1

                                              Dated: Feb. 21, 2020