# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 23, 2020

VIA ECF
The Honorable Paul Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**
The Government is directed to
respond by March 30, 2020.

SO ORDERED.

Paul G. Gardephe
United States District Judge
March 24, 2020

Re:    United States v. Joshua Olivo et al., 19 CR 738 (PGG)

Hon. Judge Gardephe:

In light of the public health crisis faced by the prison population and for the
reasons outlined in the bail application of Mr. Olivo's co-defendant and brother,
Pierre Greene at docket entry 21, I write to ask that Mr. Olivo be released from
the MCC pursuant to bail conditions, including home incarceration.

Mr. Greene's submission outlines what is now well-known—the MCC is a
tinderbox set to explode. All inmates who can be released, should be. Mr. Olivo is
one such defendant. He poses neither a risk of flight nor is he a danger to the
public, particularly in our current locked-down society. Other than a 2011
misdemeanor conviction, Mr. Olivo has no other criminal record. Like his co-
defendant, he is expected to plead guilty pursuant to a plea agreement to
violating 21 U.S.C. 841(b)(1)(B)—a non-violent, drug offense. Also like his brother
and as the Court likely recalls from our last conference, Mr. Olivo is supported
by a large family network.

Please release Mr. Olivo pursuant to appropriate bail conditions.

Respectfully submitted,
         /s/
Julia L. Gatto
Assistant Federal Defender
Tel.: (212) 417-8750

cc:    AUSA Ryan Finkel (via ECF)