UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSHUA OLIVO, PIERRE GREENE, and
MAGALY ROBLEDO

Defendants.

**ORDER**

19 Cr. 738 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the trial in this action previously scheduled for **May 11, 2020** is adjourned to **June 22, 2020 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Motions in limine, proposed voir dire, and requests to charge are due on **May 25, 2020**. Any responsive papers are due on **June 2, 2020**.

Upon the application of the United States of America, by and through Assistant United States Attorney Ryan Finkel, and with the consent of Joshua Olivo, Pierre Greene, and Magaly Robledo, by and through their respective counsel, Julia Gatto, John Zach, and Susan Kellman, it is hereby ORDERED that the time between today and June 22, 2020, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial, because it will allow the parties time

1

to finalize pretrial dispositions, or to prepare for trial if necessary.

Dated: New York, New York
April 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge