UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOSHUA OLIVO and PIERRE GREENE,<br><br>Defendants. | **ORDER**<br><br>19 Cr. 738 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this matter on **October 8, 2020 at 9:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 21, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1