UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSHUA OLIVO and PIERRE GREENE,

Defendants.

**ORDER**

19 Cr. 738 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this matter currently scheduled for **October 7, 2020** is adjourned to **October 26, 2020 at 10:30 a.m**.

Upon the application of the Pierre Greene, by and through his counsel John Zach, and with the consent of the United States of America and Joshua Olivo, by and through their respective counsel, Ryan Finkel and Donald duBoulay, it is further ORDERED that the time from October 7, 2020 through October 26, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of such a continuance serves the ends of justice and outweighs the interest of the public and the Defendants in a speedy trial, because it will permit defense counsel additional time to continue ongoing discussions with the Government relating to the disposition of this matter.

Dated: New York, New York
       October 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1