UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| JOSHUA OLIVO and PIERRE GREENE, | 19 Cr. 738 (PGG) |
| Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this matter currently scheduled for **October 26, 2020** is adjourned to **November 9, 2020 at 12:00 p.m**.

Upon the application of Pierre Greene, by and through his counsel John Zach, and with the consent of the United States of America and Joshua Olivo, by and through their respective counsel, Ryan Finkel and Donald duBoulay, it is further ORDERED that the time from October 26, 2020 through November 9, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of such a continuance serves the ends of justice and outweighs the interest of the public and the Defendants in a speedy trial, because it will permit defense counsel additional time to continue ongoing discussions with the Government relating to the disposition of this matter.

Dated: New York, New York
October 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1