UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOSHUA OLIVO and PIERRE GREENE,<br><br>Defendants. | **ORDER**<br><br>19 Cr. 738 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conferences in this matter currently scheduled for **December 14, 2020** are adjourned to **December 16, 2020 at 12:00 p.m.** as to Pierre Greene and to **December 18, 2020 at 10:30 a.m.** as to Joshua Olivo.

Dated: New York, New York
December 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1