UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSHUA OLIVO and PIERRE GREENE,

Defendants.

**ORDER**

19 Cr. 738 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Due to limitations at the Metropolitan Correctional Center where Defendants are housed, the conference scheduled for April 14, 2021 at 10:30 a.m. will now take place on April 14, 2021 at **9:00 a.m.** as to Defendant Joshua Olivo. The conference as to Pierre Greene will proceed on April 14, 2021 at 10:30 a.m., as scheduled.

Dated: New York, New York
April 6, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge