UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSHUA OLIVO,

Defendant.

**ORDER**

19 Cr. 738 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Joshua Olivo's sentencing will take place on **August 18, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Any submissions on behalf of Defendant Olivo are due by **July 28, 2021**.  The Government's submission is due by **August 4, 2021**.

The Probation Department is hereby ORDERED to prepare a presentence investigation report for Defendant Olivo.

Dated: New York, New York
       April 16, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge