UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSHUA OLIVO and PIERRE GREENE,

Defendants.

**ORDER**

19 Cr. 738 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Pierre Greene's sentencing, currently scheduled for Wednesday, October 6, 2021 at 10:00 a.m., will now take place on **Wednesday, October 6, 2021 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Defendant Joshua Olivo's sentencing, currently scheduled for Wednesday, October 6, 2021 at 12:00 p.m., is adjourned to **Friday, October 8, 2021 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 31, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge