UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSHUA OLIVO and PIERRE GREENE,

Defendants.

**ORDER**

19 Cr. 738 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Joshua Olivo's sentencing, currently scheduled for October 8, 2021, is adjourned to **October 19, 2021 at 3:00 p.m.**

Defendant Pierre Greene's sentencing, currently scheduled for October 20, 2021, will now take place on **October 19, 2021 at 4:00 p.m.**

Dated: New York, New York
October 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge