UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOSHUA OLIVO and PIERRE GREENE,<br><br>Defendants. | **ORDER**<br><br>19 Cr. 738 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Joshua Olivo's sentencing, currently scheduled for October 19, 2021, is adjourned to **October 22, 2021 at 3:00 p.m.**

Defendant Pierre Greene's sentencing, currently scheduled for October 19, 2021, is adjourned to **October 22, 2021 at 4:00 p.m.**

Dated: New York, New York
       October 8, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge